**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ANGELA WILLIAMS and TOM COLBAN, on behalf of themselves and all others similarly situated, | |
| Plaintiffs, | CASE NO. 1:17-cv-02318 |
| -against- | HONORABLE JUDGE MATTHEW F. KENNELLY |
| FOLLETT CORPORATION, an Illinois corporation, and FOLLETT HIGHER EDUCATION GROUP, INC., an Illinois corporation, | |
| Defendants. | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

THIS MATTER came before the Court upon Plaintiffs' Motion for Attorneys' Fees and Costs ("Motion"). Having reviewed the Motion and exhibits attached thereto, and the Court being otherwise fully advised in the premises, the Court finds that Plaintiffs' Motion for Attorneys' Fees and Costs [D.E. 27] is justified and reasonable. Because, however, the Court is approving a fee award based on a percentage of the settlement fund, the granting of the Motion in no way connotes approval of the hourly rates claimed by counsel.

Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1.  The Plaintiffs' Motion is GRANTED.

2.  The Court awards fees and costs to Plaintiffs' Counsel in the amounts of $580,354.61 and $9,372.26, respectively, as set forth in the Settlement Agreement and Motion.

1

ENTERED:

_____
Honorable Judge Matthew F. Kennelly

Date: 10/3/2017